# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| RICKY TEJADA, | : | No. 614 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| JON D. FISHER, SUPERINTENDENT, | : | |
| LISA HOLLIBAUGH, GRIEVANCE | : | |
| COORDINATOR, LIEUTENANT PECK, | : | |
| SERGEANT WORKINGER AND | : | |
| OFFICER BARCELONA | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.